UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                  :

NICHELLE SWANSON,                       :

                      :

               Plaintiff,      :

                      :            21-CV-10306 (JMF)

       -v-                  :

                      :              <u>ORDER</u>

SCHINDLER ELEVATOR CORP., et al.,  :

                      :

             Defendants.     :

                      :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated during the teleconference held earlier today:

- The deadline for fact discovery is extended to **January 31, 2023**, and the deadline for expert discovery is extended to **March 31, 2023**.  These are firm deadlines and no further extensions will be granted.

- Defendants' motion for summary judgment and *Daubert* motion(s) are due **thirty days after the close of expert discovery**.

- If Plaintiff intends to cross-move for summary judgment, the parties are directed to confer and submit a joint letter proposing a briefing schedule for the motions and cross-motions, and proposing page limits if the parties require more than 25 pages for the opening brief and opposition and 10 pages for the reply.

- If Plaintiff does not intend to cross-move, Plaintiff's opposition will be due **thirty days after Defendants' motions**.  Defendants' reply will be **due two weeks thereafter**.

- By separate Order today, the Court will refer the parties to the Court-annexed Mediation Program.  The parties are directed to attend mediation before the close of expert discovery on March 31.

    SO ORDERED.

Dated: December 21, 2022
      New York, New York

_____
                       JESSE M. FURMAN
                 United States District Judge