

Daniel T. Leav
Edward A. Steinberg
Daniela F. Henriques
Alexander Kran III
Ricardo J. Martinez

Regina Koyfman
Robert L. Rose
Stephen Chyi
Eric D. Love

75 Broad Street, Suite 1601
New York, New York 10004
office 212.766.5222
fax   212.693.2377
email: lawyers@lstriallaw.com
website: www.lstriallaw.com

Bronx Office
2705 Eastchester Road
Bronx, New York 10469
office 718.515.0300

April 16, 2024

<u>Via ECF</u>
Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re: <u>Nichelle Swanson v. Schindler Elevator Corporation, et al. Case No.: 1:21-cv-10306 (JMF)</u>

Dear Hon. Robyn F. Tarnofsky:

  I write on behalf of the plaintiff, Nichelle Swanson, in the above-referenced matter, to respectfully request an adjournment of the settlement conference scheduled for April 24, 2024.

  On April 16, 2024, Ms. Swanson notified our office that unfortunately she will now be unavailable on April 24, 2024 at 2:00 PM due to her husband's hip replacement surgery scheduled for April 23, 2024, in Pennsylvania. Ms. Swanson will be his primary caretaker post-surgery.

  Upon receiving this information, our firm promptly reached out to defense counsel, Mr. Richard Sabatini of Sabatini & Associates, both via telephone and email, to seek consent for the adjournment. Mr. Sabatini has kindly consented to the adjournment; however, he informed us that he has a trial commencing in early June and agreed to the adjournment on the condition that we set a deadline for pre-trial submissions by May 27, 2024.

  Therefore, we propose the following rescheduled dates in accordance with the above and to avoid any deadlines falling on weekends:

- Settlement conference to be rescheduled to on or after May 7, 2024.

- Pre-conference submissions deadline to be extended to May 27, 2024.

- All deadlines to be extended by 10 days from the originally scheduled dates.

1

Should these proposed dates be acceptable to the court, we request that the existing deadlines be adjusted accordingly. Our proposal aims to ensure that all parties have sufficient time to prepare, given the unforeseen personal circumstances affecting Ms. Swanson.

Respectfully submitted,

*/s/ Robert L. Rose*
Robert L. Rose (5514393)
Leav & Steinberg LLP
75 Broad Street, Suite 1601
New York, New York 10004
rrose@lstriallaw.com
*Counsel for Plaintiff*

> I am available to hold a settlement conference remotely on Friday, April 19, 2024 at 3:30 pm or on Monday, April 22, 2024 at 9:00 am. Counsel are directed to contact my Courtroom Deputy at 212-805-3840 by 5:00 pm today, April 17, to let her know which if any of those times works for them and their client.
>
> If those times do not work, we will schedule a settlement conference for the week of May 6, 2024; however, all pre-settlement submissions shall be made by the original deadline, and if the parties seek a change to the pre-trial schedule set by Judge Furman, they will need to make an application to him.
>
> Date: 4/17/2024
> New York, NY
>
> SO ORDERED
> _____
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE